906

NOVEMBER 30, 1955.

No. 363, Misc. HARRIS v. TEXAS. Appeal from the Court of Criminal Appeals of Texas. Dismissed on motion of petitioner pursuant to Rule 60 of the Rules of this Court.

DECEMBER 5, 1955.

No. 9. INTERSTATE COMMERCE COMMISSION v. STONE'S EXPRESS, INC.; and

No. 14. ST. JOHNSBURY TRUCKING CO., INC. ET AL. v. STONE'S EXPRESS, INC. Appeals from the United States District Court for the District of Massachusetts. Probable jurisdiction noted, 348 U. S. 886. *Per Curiam:* The judgments are vacated and the cases are remanded to the District Court for dismissal of the proceedings in accordance with the stipulation of the parties as to mootness. *Robert W. Ginnane* for appellant in No. 9. *S. Harrison Kahn* for appellants in No. 14. *Herbert Burstein* for appellee.

No. 37. DILLON v. UNITED STATES. Certiorari, 349 U. S. 914, to the United States Court of Appeals for the Eighth Circuit. *Per Curiam:* The writ of certiorari is dismissed and the case is remanded to the Court of Appeals for such further action as law and justice may require. *Solicitor General Sobeloff* filed a Suggestion of Mootness.